UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Cases[1]:
1:18-cv-03887; 1:18-cv-03082; 1:20-cv-00668;
1:20-cv-02428; 1:19-cv-04983; 1:19-cv-05015;
1:19-cv-05071; 1:19-cv-02848; 1:18-cv-03893;
1:20-cv-00005; 1:20-cv-00018; 1:19-cv-00081;
1:20-cv-00031; 1:20-cv-00666; 1:18-cv-02282;
1:20-cv-00106.

_____

### ORDER ON DEFENDANTS' MOTION TO DISMISS UNKNOWN PRODUCT CASES

Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS ("Cook") moves to dismiss 18 cases in which the Plaintiffs' complaints failed to identify the product they allege caused their injuries.  In response to Cook's motion, 13 Plaintiffs failed to respond, three Plaintiffs identified the product at issue, and two Plaintiffs agreed to dismiss their cases.  Accordingly, Cook's motion (Filing No. 17183) is **GRANTED IN PART** and **DENIED AS MOOT IN PART**.

Cook's motion is **GRANTED** as to the 13 Plaintiffs who have failed to respond:

Jamieca D. Brown                                 1:18-cv-03082

---

[1] Two cases—Lorenzo O'Neal, 1:18-cv-03752, and Ronald D. Monroe, 1:20-cv-02615—were subject to this motion but have been dismissed by separate order.  (1:18-cv-03752, Filing No. 12; 1:20-cv-02615, Filing No. 11)

1

| | |
|---|---|
| Kammie Hibbs | 1:20-cv-02428 |
| Rona Jackson | 1:19-cv-04983 |
| Paula Y. James | 1:19-cv-05015 |
| Maria and Jose Montanez | 1:18-cv-03893 |
| Juan Morales | 1:20-cv-00005 |
| Cindie Perrine | 1:20-cv-00018 |
| Dan Rathbun | 1:20-cv-00031 |
| Joyce Shafer | 1:20-cv-00666 |
| Paula Truett | 1:18-cv-02282 |
| Nancy Jean Yoder | 1:20-cv-00106 |

Cook's motion is **DENIED as MOOT** as to the three Plaintiffs who have amended their complaints:

| | |
|---|---|
| Sophia Anderson, as surviving spouse and personal representative of Charles Walter Catty, Jr. | 1:20-cv-00668 |
| John M. Mitchell | 1:19-cv-02848 |
| Michelle Pomije | 1:19-cv-00081 |

Cook's motion is **DENIED as MOOT** as to the two Plaintiffs who have agreed to voluntarily dismiss their cases:

| | |
|---|---|
| Kathy Bell | 1:18-cv-03887 |
| Linda Magnelli | 1:19-cv-05071 |

**SO ORDERED** this 29th day of June 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

2

Distributed Electronically to Registered Counsel of Record.